Steven A. Alpert, NV Bar #8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
T: (702) 794-2008
E: alpert@pricelawgroup.com

David A. Chami, AZ Bar #027585
Admitted *pro hac vice*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
E: david@pricelawgroup.com

*Attorneys for Plaintiff*
*Lance Mancuso*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE MANCUSO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC.<br><br>　　　　Defendants. | Case No.: 2:20-cv-01656-RFB-BNW<br><br>**STIPULATED MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES (DOC. 32)**<br><br>(First Request) |

Plaintiff Lance Mancuso ("Plaintiff") and Defendants USAA Savings Bank, Experian Information Solutions, Inc., Equifax Information Services, LLC and Trans Union LLC (collectively, the "Parties"), stipulate and agree that the Court amend its

- 1 -

Scheduling Order, extending all deadlines by 90 days, and would respectfully show the Court as follows:

1. On November 13, 2020, the Court entered the Discovery Plan and Scheduling Order (Doc. 32).

2. To date, parties have exchanged written discovery in this matter. Production of documents is ongoing, and depositions are upcoming.

3. In light of the holiday season, and the COVID-19 pandemic, the parties do not anticipate completing adequate fact discovery to provide to expert witnesses on or before January 29, 2021.

4. The Parties hereby approach the Court in advance for an amended Scheduling Order to seek additional time.

5. The Parties believe February to be a reasonable time during which the fact and lay depositions can take place.

Considering the foregoing, the Parties respectfully request that this Court extend the following deadlines by 90 days:

ORDER

IT IS ORDERED that the parties' stipulation is GRANTED in part and DENIED in part.  The Court finds that the parties have not established good cause for a 90-day extension.  Instead, the deadlines in the operative DPSO will be extended by 60 days.  The parties may seek an additional extension if they absolutely cannot complete discovery within this extended period.

**IT IS SO ORDERED**

**DATED:** 3:10 pm, January 06, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

- 2 -

Respectfully submitted this 29th day of December 2020,

| | |
|---|---|
| BY: */s/ David A. Chami* <br> David A. Chami, AZ Bar #027585 <br> Admitted *pro hac vice* <br> PRICE LAW GROUP, APC <br> 8245 N. 85th Way <br> Scottsdale, AZ 85258 <br> Email: david@pricelawgroup.com <br><br> *Attorneys for Plaintiff* <br> *Lance Mancuso* | By: */s/ Trevor Waite* <br> Trevor Waite, NV Bar #13779 <br> twaite@alversontaylor.com <br> Kurt Bonds, NV Bar #6228 <br> kbonds@alversontaylor.com <br> ALVERSON TAYLOR & SANDERS <br> 6605 Grand Montecito Pkwy., Ste. 200 <br> Las Vegas, NV 89149 <br><br> *Attorneys for Defendant* <br> *Trans Union LLC* |
| By: */s/ Nora K. Cook* <br> David M. Krueger, OH No. 0085072 <br> Nora K. Cook, OH No. 0086399 <br> 200 Public Square, Suite 2300 <br> Cleveland, Ohio 44114-2378 <br><br> Robert W. Freeman, NV No. 03062 <br> robert.freeman@lewisbrisbois.com <br> Priscilla L. O'briant, NV No. 10171 <br> priscilla.obriant@lewisbrisbois.com <br> Tara U. Teegarden, NV No. 15344 <br> tara.teegarden@lewisbrisbois.com <br> 6385 South Rainbow Blvd., Suite 600 <br> Las Vegas, NV 89118 <br><br> *Attorneys for Defendant* <br> *USAA Savings Bank* | By: */s/ Andrew J. Sharples* <br> Jennifer L. Braster, NV No. 9982 <br> jbraster@nblawnv.com <br> Andrew J. Sharples, NV No. 12866 <br> asharples@nblawnv.com <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> Katherine A. Neben, NV No. 14590 <br> kneben@jonesday.com <br> JONES DAY <br> 3161 Michelson Drive, Suite 800 <br> Irvine, CA 92612 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |
| By: */s/ Jeremy J. Thompson* <br> Jeremy J. Thompson <br> CLARK HILL, PLLC <br> 3800 Howard Hughes Pkwy, Suite 500 <br> Las Vegas, NV 89169 <br> Email: jthompson@clarkhill.com <br><br> *Attorneys for Defendant* <br> *Equifax Information Services LLC* | |