Steven A. Alpert, NV Bar #8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
T: (702) 794-2008
E: alpert@pricelawgroup.com

David A. Chami, AZ Bar #027585
Admitted *pro hac vice*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
E: david@pricelawgroup.com

*Attorneys for Plaintiff*
*Lance Mancuso*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANCE MANCUSO,<br><br>    Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC.<br><br>    Defendants. | Case No.: 2:20-cv-01656-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT TRANSUNION, LLC** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Lance Mancuso and Defendant TransUnion, LLC ("TransUnion") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

- 1 -

1. Plaintiff and TransUnion have entered into a confidential settlement agreement with respect to this action.

2. Plaintiff and TransUnion have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them **with prejudice**, with each party to bear its own costs and fees.

Respectfully submitted this 1st day of April 2021,

| | |
|---|---|
| BY: */s/ David A. Chami*<br>David A. Chami, AZ Bar #027585<br>david@pricelawgroup.com<br>Admitted *pro hac vice*<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (818) 600-5515<br><br>Attorneys for Plaintiff<br>Lance Mancuso | BY: */s/ Trevor Waite*<br>Kurt Bonds, NV Bar #6228<br>kbonds@alversontaylor.com<br>Trevor Waite, NV Bar #13779<br>twaite@alversontaylor.com<br>ALVERSON TAYLOR & SANDERS<br>6605 Grand Montecito Pkwy., Ste. 200<br>Las Vegas, NV 89149<br>T: (702) 384-7000<br><br>Attorneys for Defendant<br>TransUnion, LLC |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICTJUDGE


DATED:   April 2, 2021

- 2 -


## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/Florence Lirato*