Steven A. Alpert, NV Bar #8353
PRICE LAW GROUP, APC
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
T: (702) 794-2008
E: alpert@pricelawgroup.com

David A. Chami, AZ Bar #027585
Admitted *pro hac vice*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515
E: david@pricelawgroup.com

*Attorneys for Plaintiff*
*Lance Mancuso*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LANCE MANCUSO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>USAA SAVINGS BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANSUNION, LLC.<br><br>　　　　　　Defendants. | Case No.: 2:20-cv-01656-RFB-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Lance Mancuso and Defendant Experian Information Solutions, Inc. ("Experian") (together, the "Parties"),

- 1 -

by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

    1. Plaintiff and Experian have entered into a confidential settlement agreement with respect to this action.

    2. Plaintiff and Experian have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them **with prejudice**, with each party to bear its own costs and fees.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 7th day of April, 2021.

- 2 -

Respectfully submitted this 5th day of April 2021,

BY: /s/ *David A. Chami*
David A. Chami, AZ Bar #027585
david@pricelawgroup.com
Admitted *pro hac vice*
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5515

Attorneys for Plaintiff
Lance Mancuso

BY: /s/ *Andrew J. Sharples*
Jennifer L. Braster, NV Bar # 9982
Andrew J. Sharples, NV Bar # 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
 Las Vegas, NV 89145
(T): (702) 420-7000
jbraster@nblawnv.com
asharples@nblawnv.com

Katherine A. Neben, NV Bar No. 14590
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
(T) (949) 851-3939
kneben@jonesday.com


Attorneys for Defendant
Experian Information Solutions, Inc.