**PRISCILLA L. O'BRIANT**
LEWIS BRISBOIS
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 693-4388; FAX (702) 893-3789
priscilla.obriant@lewisbrisbois.com

**DAVID M. KRUEGER** (Pro Hac Vice)
Ohio Bar No.: 0085072
**NORA K. COOK** (Pro Hac Vice)
Ohio Bar No.: 0086399
BENESCH, FRIEDLANDER
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
(216) 363-4500; FAX (216) 363-4588
dkrueger@beneschlaw.com
lkogan@beneschlaw.com
Attorneys for Defendant USAA Savings Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LANCE MANCUSO,<br><br>              Plaintiff,<br><br>  v.<br><br>USAA SAVINGS BANK, et al.<br><br>              Defendants. | Case No. 2:20-cv-01656-RFB-BNW |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lance Mancuso and Defendant USAA Savings Bank stipulate that the above-entitled action by Plaintiff is dismissed with

/ / /

/ / /

prejudice and each party to bear its or his own fees and costs.

Dated this 30th day of September 2021

Respectfully submitted,

| | |
|---|---|
| /s/David A. Chami<br>David A. Chami, AZ Bar #027585<br>Admitted pro hac vice<br>PRICE LAW GROUP, APC<br>8245 N. 85th Way<br>Scottsdale, AZ 85258<br>T: (818) 600-5515<br>E: david@pricelawgroup.com<br><br>Steven A. Alpert, NV Bar #8353<br>PRICE LAW GROUP, APC<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas Nevada, 89118<br>T: (702) 794-2008<br>E: alpert@pricelawgroup.com<br>*Attorney for Plaintiff Lance Mancuso* | /s/ Priscilla L. O'Briant<br>Priscilla L. O'Briant<br>LEWIS BRISBOIS<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>Telephone:  (702) 693-4388<br>Facsimile:  (702) 893-3789<br>Email:  priscilla.obriant@lewisbrisbois.com<br><br>David M. Krueger (*admitted pro hac vice*)<br>Nora K. Cook (*admitted pro hac vice*)<br>Benesch Friedlander Coplan & Aronoff LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>Telephone: 216-363-4500<br>Facsimile: (216) 363-4588<br>dkrueger@beneschlaw.com<br>ncook@beneschlaw.com<br>*Attorneys for Defendant USAA Savings Bank* |

## **ORDER**

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 30th day of September, 2021.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of, and that on this 30th day of September, 2021, I did cause a true copy of **JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Steven A. Alpert
PRINCE LAW GROUP, APC
5940 S. Rainbow Blvd.
Suite 3014
Las Vegas, NV 89118
P: (702) 794.2008
alpert@pricelawgroup.com
Attorney for Plaintiff
Lance Mancuso

Robert M. Tzall
Law Offices of Robert M. Tzall
1481 Warm Springs Rd., Suite 135
Henderson, NV 89014
office@tzalllegal.com
Attorneys for Plaintiffs

Price Law Group, APC
David Chami, Esq.
8245 North 85th Way
Scottsdale, AZ 85258
Phone (818) 600-5515
david@pricelawgroup.com
Attorney for Plaintiff

Alverson Taylor & Sanders
Kurt Bonds, Esq.
Trevor Waite, Esq.
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
P: (702) 384-7000/F: (702) 385-7000
efile@alversontaylor.com
kbonds@alversontaylor.com
twaite@alversontaylor.com
Counsel for Trans Union LLC

*Continued on next page*

| | |
|---|---|
| 1 | Jeremy J. Thompson |
| 2 | Clark Hill PLLC |
|   | 3800 Howard Hughes Pkwy, Suite 500 |
| 3 | Las Vegas, NV  89169 |
|   | jthompson@clarkhill.com |
| 4 | Attorney for Equifax Information |
|   | Services, LLC |
| 5 | |
| 6 | Jennifer L. Braster |
|   | Andrew J. Sharples |
| 7 | Naylor & Braster |
|   | 1050 Indigo Drive, Suite 200 |
| 8 | Las Vegas, NV  89145 |
|   | T:  702-420-7000/ F:  702-420-70001 |
| 9 | jbraster@nblawnv.com |
|   | asharples@nblawnv.com |
| 10 | |
| 11 | Katherine A. Neben |
|   | Jones Day |
| 12 | 3161 Michelson Drive, Suite 800 |
|   | Irvine, CA  92612 |
| 13 | T:  949-851-3939 /F:  949-553-7539 |
|   | kneben@jonesday.com |
| 14 | Attorneys for Experian |
| 15 | Information Solutions, Inc. |

BY       */S/ ANNE CORDELL*
**AN EMPLOYEE OF
LEWIS BRISBOIS BISGAARD & SMITH LLP**